UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNPOWER CORPORATION,<br><br>                                Plaintiff,<br><br>v.<br><br>SUNPOWER CALIFORNIA, LLC;<br>GREEN TECH SOLAR d/b/a Sunpower California; and Benjamin Jackson,<br><br>                               Defendants. | Case No.:  21-CV-375-CAB-MSB<br><br>**ORDER DENYING MOTION FOR A MORE DEFINITE STATEMENT AND MOTION TO STRIKE**<br><br>[Doc. No. 12] |

      This matter is before the Court on Defendant Benjamin Jackson's motion for a more definite statement and motion to strike the complaint as to claims against him. The motion has been fully briefed, and the Court deems it suitable for submission without oral argument. Upon review of the motion, the Court is unable to discern any cogent legal argument for dismissing Plaintiff's claims against Jackson, which is the outcome Jackson seeks notwithstanding the title of his motion. In any event, the Court finds that the complaint contains "sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face'" against Jackson, *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)), and that a more definite statement is not warranted. Accordingly, the motion for a more definite statement

and to strike the complaint is **DENIED**.  Jackson shall file his answer to the complaint by **May 6, 2021**.

It is **SO ORDERED**.

Dated:  April 21, 2021

Hon. Cathy Ann Bencivengo
United States District Judge